STATE OF CONNECTICUT *v.* RAYMOND MARQUIS

The defendant's petition for certification for appeal from the Appellate Court, 42 Conn. App. 186 (AC 13373), is granted, limited to the following issue:

"May a trial court, in exercising its discretion under *State* v. *Jarzbek*, 204 Conn. 683 (1987), cert. denied, 484 U.S. 1061 (1988), and General Statutes § 54-86g, take into account the fact that the state's motion is supported by expert testimony and, therefore, order the child witness to be examined by the defendant's expert?"

The Supreme Court docket number is SC 15559.

*Matthew J. Collins*, in support of the petition.

*James M. Ralls*, assistant state's attorney, in opposition.

Decided October 29, 1996

ALAN E. SILVER *v.* STATEWIDE GRIEVANCE COMMITTEE*

The defendant's petition for certification for appeal from the Appellate Court, 42 Conn. App. 229 (AC 15012), is granted, limited to the following issue:

"Did the Appellate Court properly conclude, under the circumstances of this case, that the plaintiff had no ethical duty under rules 1.15 (b) and 1.16 of the Rules of Professional Conduct to notify his client's no-fault carrier of the settlement proceeds?"

The Supreme Court docket number is SC 15560.

*Maureen A. Horgan*, assistant bar counsel, in support of the petition.

*William F. Gallagher*, in opposition.

Decided October 29, 1996

---

*Superseded. See *Silver* v. *Statewide Grievance Committee*, 239 Conn. 948, 686 A.2d 125 (1996).